UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

WNI 18-023890
Shapiro & DeNardo, LLC
14000 Commerce Parkway, Suite B
Mount Laurel, NJ 08054
(856) 793-3080
Krystin M. Kane - 171402015
Kathleen M. Magoon - 040682010
Donna L. Skilton - 013072007
Charles G. Wohlrab - 016592012
Courtney A. Martin - 098782016
Elizabeth L. Wassall - 023211995
Jeffrey Rappaport - 003431991
Kristen D. Little - 017411997
ATTORNEYS FOR WELLS FARGO BANK, N.A.

Order Filed on June 18, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

IN RE:

MILORAD STEVIC, DEBTOR

CASE NO.: 18-17175-MBK

HEARING DATE: MARCH 26, 2019

JUDGE: HONORABLE MICHAEL B. KAPLAN

## CONSENT ORDER RESOLVING MOTION FOR RELIEF FROM STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: June 18, 2019**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

This matter being opened to the Court by Shapiro & DeNardo, LLC, Attorneys for Wells Fargo Bank, N.A., hereinafter "Secured Creditor", upon the filing of a Motion for Relief from Stay for failure of the Debtor to maintain contractual post-petition payments, and Debtor and the attorney for the Debtor, if any, AND CONSENT OF THE PARTIES APPEARING HEREON and for good cause shown,

WHEREAS, on April 11, 2018 Debtor filed the instant Chapter 13 Bankruptcy.

WHEREAS, Secured Creditor has filed Proof of Claim No. 4-1 in the total amount of $41,597.08, representing a secured claim on Debtor's real property located at 92 South Street, Milltown, NJ 08850. The Promissory Note serving as the basis of this claim provides for a maturity date of June 11, 2018. Through the date of this Order, Secured Creditor has expended $8,659.40 in property tax payments and $322.69 in utilities expenses in connection with the maintenance of Debtor's real property.

WHEREAS, on October 22, 2018, Debtor filed a Modified Chapter 13 Plan providing to cure Secured Creditor's pre-petition arrearages of $1,046.54 and maintain ongoing regular monthly payments over a plan length of 60 months concluding April 1, 2023. Debtor's Modified Chapter 13 Plan was confirmed by an Order Confirming Chapter 13 Plan entered January 28, 2019.

WHEREAS, On February 20, 2019, Secured Creditor filed a Motion for Relief from Stay due to a post-petition default of the Debtor to maintain ongoing post-petition payments due on the underlying loan.

WHEREAS, Debtor and Secured Creditor have agreed to resolve this matter through the following Provisions;

1. Debtor agrees to fully satisfy the remaining principal balance of Secured Creditor's claim (POC 4-1) along with post-petition escrow expenditures by capitalizing the total amount of $49,867.82 into the remaining Chapter 13 Plan. The Chapter 13 Standing Trustee shall amend her records to remit funds in the amount of $49,867.82 to Secured Creditor for the satisfaction of Proof of Claim 4-1.

2. Starting June 10, 2019, Debtor shall be responsible for maintaining all necessary escrow expenditures connected with Secured Creditor's claim secured by real property directly to the obligee of such obligation. Secured Creditor has the right to monitor the escrow expenses referenced in this Paragraph and submit a Certification of Default for the Debtor's failure to maintain escrow expenses if any such expenses remain unpaid by the Debtor for thirty (30) days after coming due.

IT IS STIPULATED that all other terms set forth in the Order Confirming Chapter 13 Plan entered on January 28, 2019 remain in effect.

We hereby consent to the form, content, and entry of the within Order.

Shapiro & DeNardo, LLC

_____    Date: 6-11-19
Charles G. Wohlrab, Esquire
Attorney for the Secured Creditor

_____    Date: 6/11/19
Russell L Low, Esquire
Attorney for the Debtor